IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| CHARLES RAY SIMS, | * | |
|---|---|---|
| ADC #106331 | * | |
| | * | |
| Petitioner, | * | |
| v. | * | No. 5:19CV00271-SWW-JJV |
| | * | |
| DEXTER PAYNE, Director, | * | |
| Arkansas Division of Correction | * | |
| | * | |
| Respondent. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED and the requested relief is DENIED.

2. No certificate of appealability will be issued.

Dated this 16th day of October, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE