IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CHARLES RAY SIMS, | * |
| ADC #106331 | * |
| | * |
| Petitioner, | * |
| v. | *   No. 5:19CV00271-SWW-JJV |
| | * |
| DEXTER PAYNE, Director, | * |
| Arkansas Division of Correction | * |
| | * |
| Respondent. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 16th day of October, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE